# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANDI LAKSH, INC.,<br><br>　　　　Defendant. | Case No.: 1:21-cv-1201 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 10) |

The parties report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 10) Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed <u>**no later than January 31, 2022**</u>.
2. All pending dates, conferences and hearings are **VACATED**.

<u>**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**</u>

IT IS SO ORDERED.

　　Dated:　**November 17, 2021**　　　　　　　　_ **/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE